DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TAJHON WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0471

_____

June 21, 2024

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for
Pinellas County; Susan St. John, Judge.

Tajhon Wilson, pro se.

PER CURIAM.


Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.